| | |
|---|---|
| PETER MYRTLE and BRITISH-AMERICAN INSURANCE GROUP, LTD | 22ND JUDICIAL DISTRICT COURT |
| VERSUS | CASE NO. 2010-12520 DIV. "A" |
| NICK GRAHAM and AON CORPORATION | PARISH OF ST. TAMMANY |
| | STATE OF LOUISIANA |
| FILED: April 15, 2010 | DEPUTY CLERK: Shanna Wolfe |

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Peter Myrtle, a person who has attained the age of majority and who is domiciled in St. Tammany Parish, Louisiana, and British-American Insurance Group, Ltd., a domestic corporation with its domicile in St. Tammany Parish, Louisiana ("BAIG"), and respectfully alleges and aver the following, to wit:

1.

Made defendants herein are:

A. **Nick Graham**, a person who has attained the age of majority and who is domiciled in London, England; and

B. **AON Corporation**, a Delaware corporation not licensed to do business in Louisiana with its principal place of business in Chicago, Illinois, doing business as AON Limited and AON Benfield (referred to herein collectively as "AON").

2.

Nick Graham, as an employee and agent of AON, has forwarded at least three letters, including two into the State of Louisiana, containing false and defamatory statements intended to harm the personal and professional reputation of Peter Myrtle.

3.

On March 17, 2010, Nick Graham forwarded correspondence on AON letterhead to Mr. Fred Burkett, Towing and Recovery Professionals of Louisiana, P.O. Box 46478, Baton Rouge, LA 70895, which states:

> I regret to advise you that Aon Benfield has made the decision that it can no longer do business with BAIG.
>
> Therefore, we will not be undertaking any new accounts from BAIG and we will be seeking to run-off as quickly as possible existing accounts, or to facilitate new arrangements which will not require BAIG and Aon Benfield to work on the same accounts. We will seek to do so if possible without making payments to BAIG.

**EXHIBIT A**

> The reason for this decision is that Mr. Peter Myrtle of BAIG informed Aon Benfield that he had removed client funds from BAIG's account. We have no audit report or other information to verify the statement made by Mr. Myrtle: our decision as to our future conduct in respect of BAIG is based only on the statement itself.
>
> We will be in contact shortly to discuss the arrangements necessary to exit our involvement with BAIG.

(Exhibit "A").

4.

On March 17, 2010, Nick Graham forwarded an identical letter to Mr. Ronald Goux, Health Facilities of California Mutual Insurance Company, Inc., 2045 Hwy 59, Mandeville, LA 70448. (Exhibit "B").

5.

On March 17, 2010, Nick Graham forwarded an identical letter to Mr. Tim Noland, Health Care Facilities, P.O. Box 3697, Ontario, CA 91761. (Exhibit "C").

6.

The statements contained in the letters are defamatory per se because by their very nature the statements tend to injure the personal and professional reputation of Mr. Myrtle even without considering extrinsic facts or surrounding circumstances.

7.

The publication of the false and defamatory statements have or will cause damages to Plaintiff including, but not limited to injury to reputation, personal humiliation, embarrassment, mental anguish, and loss of income.

**WHEREFORE**, Plaintiffs, Peter Myrtle and British-American Insurance Group, Ltd., pray that Defendants, Nick Graham and AON Corporation, dba AON Limited and AON Benfield, be cited and served with this Petition for Damages, and that after due proceedings are had, there be judgment rendered against Defendants, *in solido*, for any and all damages sustained by Plaintiffs by the conduct of Defendants, plus all court costs and judicial interest from the date of judicial demand as well as any and all other legal or equitable relief deemed proper.

Respectfully submitted,

HUVAL, VEAZEY, FELDER AERTKER &
RENEGAR, LLC

Bradford H. Felder, #25046
P.O. Box 80948
Lafayette, LA 70598-0948
Telephone: (337) 234-5350

And

By: _____
THOMAS H. HUVAL, #21725
STEPHEN C. AERTKER, JR., #24929
532 E. Boston St.
Covington, LA 70433
Telephone: (985) 809-3800
Facsimile: (985) 809-3801
Email: thuval@hvfa-law.com

Attorneys for Plaintiffs, Peter Myrtle and
British-American Insurance Group, Ltd.

**PLEASE PREPARE CITATION FOR SERVICE VIA THE LOUISIANA LONG ARM STATUTE TO:**

AON Corporation
Through its registered agent for service of process,
The Corporation Trust Company
1209 Orange St.
Wilmington, DE 19801

and

Mr. Nick Graham
55 Bishopsgate
London, ENGLAND
EC2N 38D



A TRUE COPY
Dy/CLR, 22nd JUD. DIST. COURT
ST. TAMMANY PARISH, LA.

3

**AON** BENFIELD

Fred Burkett
Towing and Recovery Professionals of Louisiana
P.O. Box 46478
Baton Rouge
LA 70895
USA

2010-12520 A
**FILED**

APR 1 5 2010

MALISE PRIETO - CLERK
_Shauna Wolf_
DEPUTY

Wednesday 17th March, 2010

Dear Fred

I regret to advise you that Aon Benfield has made the decision that it can no longer do business with BAIG.

Therefore, we will not be undertaking any new accounts from BAIG and we will be seeking to run-off as quickly as possible existing accounts, or to facilitate new arrangements which will not require BAIG and Aon Benfield to work on the same accounts. We will seek to do so if possible without making payments to BAIG.

The reason for this decision is that Mr Peter Myrtle of BAIG informed Aon Benfield that he had removed client funds from BAIG's account. We have no audit report or other information to verify the statement made by Mr. Myrtle: our decision as to our future conduct in respect of BAIG is based only on the statement itself.

We will be in contact shortly to discuss the arrangements necessary to exit our involvement with BAIG.

Regards

_Nick Graham_

Nick Graham
Americas
Aon Benfield

Aon Limited trading as Aon Benfield | Aon Limited is a wholly owned subsidiary of Aon Corporation
t: +44 (0)20 7578 7000 | f: +44 (0)20 7578 7001 | Business Address: 55 Bishopsgate, London, EC2N 3BD
w: aonbenfield.com | Registered Office: 8 Devonshire Square, London, EC2M 4PL | Registered in England & Wales No. 210725
VAT Registration No. 480 8401 48 | Aon Limited is authorised and regulated by the Financial Services Authority in respect of insurance mediation activities only


EXHIBIT A

St Tammany Parish Clerk of Court - C201012520, 04/15/2010, 835 - page 5 of 6



Ronald Goux
President
Health Facilities of California Mutual Insurance Company, Inc
2045 Hwy 59
Mandeville
LA 70448
USA

2010-12520 A
FILED
APR 1 5 2010
MALISE PRIETO - CLERK
DEPUTY

Wednesday 17th March, 2010

Dear Ronnie

I regret to advise you that Aon Benfield has made the decision that it can no longer do business with BAIG.

Therefore, we will not be undertaking any new accounts from BAIG and we will be seeking to run-off as quickly as possible existing accounts, or to facilitate new arrangements which will not require BAIG and Aon Benfield to work on the same accounts. We will seek to do so if possible without making payments to BAIG.

The reason for this decision is that Mr Peter Myrtle of BAIG informed Aon Benfield that he had removed client funds from BAIG's account. We have no audit report or other information to verify the statement made by Mr. Myrtle; our decision as to our future conduct in respect of BAIG is based only on the statement itself.

We will be in contact shortly to discuss the arrangements necessary to exit our involvement with BAIG.

Regards

Nick Graham
Americas
Aon Benfield

EXHIBIT
B

St Tammany Parish Clerk of Co  C201012520, 04/15/2010, 835 - page 6 of 6


**AON** BENFIELD

Tim Noland
President
Health Care Facilities
PO Box 3697
Ontario
CA 91761

2010-12520 A
**FILED**

APR 15 2010

MALISE PRIETO - CLERK
_____
DEPUTY

Wednesday 17th March, 2010

Dear Tim

I regret to advise you that Aon Benfield has made the decision that it can no longer do business with BAIG.

Therefore, we will not be undertaking any new accounts from BAIG and we will be seeking to run-off as quickly as possible existing accounts, or to facilitate new arrangements which will not require BAIG and Aon Benfield to work on the same accounts. We will seek to do so if possible without making payments to BAIG.

The reason for this decision is that Mr Peter Myrtle of BAIG informed Aon Benfield that he had removed client funds from BAIG's account. We have no audit report or other information to verify the statement made by Mr. Myrtle; our decision as to our future conduct in respect of BAIG is based only on the statement itself.

We will be in contact shortly to discuss the arrangements necessary to exit our involvement with BAIG.

Regards

Nick Graham
Americas
Aon Benfield

Aon Limited trading as Aon Benfield | Aon Limited is a wholly owned subsidiary of Aon Corporation
t: +44 (0)20 7578 7000 | f: +44 (0)20 7578 7001 | Business Address: 55 Bishopsgate, London, EC2N 3BD
w: aonbenfield.com | Registered Office: 8 Devonshire Square, London, EC2M 4PL | Registered in England & Wales No. 210725
VAT Registration No. 480 8401 49 | Aon Limited is authorised and regulated by the Financial Services Authority in respect of insurance mediation activities only


EXHIBIT C

PETER MYRTLE, ET AL                       No.    2010-12520-A

                                                22nd **Judicial District Court**
                 Versus
                                                 Parish of St. Tammany

NICK GRAHAM, ET AL                                      Louisiana


TO THE DEFENDANT    AON CORPORATION through its agent for service of process: CORPORATION SERVICE COMPANY, 320 Somerulos Street, Baton Rouge, La. 70802

You are hereby summoned to comply with the demand contained in the Petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 22nd Judicial District Court in and for the Parish of St. Tammany, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default judgment against you.

Witness the Honorable Judges of said Court this         14th   day of    May A.D. 2010

                                        *Malise Prieto*, CLERK OF COURT

                        BY:  S/VICKY CROW

                                                       DEPUTY CLERK OF COURT

ISSUED: May 18, 2010

Attorney    THOMAS H. HUVAL    P01

532 E. Boston St.

Covington, La. 70433

Received on _____ 20 ____, and on _____ on the named party through the Corporation Service day of _____ 20 ____,
I served a true copy of the within by tendering a copy of this document to ☐ JARY CLAFLIN
on _____ ☒ PAULA GLASER _____ in person,
at domicile with _____ JEANNINE SCHUTTE
in _____ Parish, a distance of ____ C. Cummins _____ miles from
the Court House.                     Parish of East Baton Rouge, Louisiana

FILED                                   Deputy Sheriff, Parish of _____

MAY 2 5 2010                                      Deputy Sheriff

MALISE PRIETO- CLERK
Deputy _____ Parish of _____



EXHIBIT
B

K-101