UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PETER MYRTLE and** | * | **CIVIL ACTION NO. 2:10-CV-01677** |
| **BRITISH-AMERICAN INSURANCE** | * | |
| **GROUP, LTD** | * | |
| | * | **JUDGE:  IVAN L.R. LEMELLE** |
| **VERSUS** | * | |
| | * | |
| **NICK GRAHAM and AON** | * | |
| **CORPORATION** | * | **MAG.:  JOSEPH WILKINSON, JR.** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ANSWER TO COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Aon Corporation, who for answer to the Petition for Damages removed to this Court by it, respectfully represents:

### FIRST DEFENSE

This Honorable Court lacks jurisdiction over the person of Aon Corporation, and the subject matter of this suit.

### SECOND DEFENSE

Plaintiffs fail to state a claim against Aon Corporation upon which relief may be granted.

### THIRD DEFENSE

This Court is not a proper venue for the claims asserted by plaintiffs.

## FOURTH DEFENSE

AND NOW answering the individual allegations of plaintiffs, Aon Corporation respectfully represents:

**1.**

The allegations of paragraph 1 are denied except to admit that Aon Corporation is a Delaware corporation not licensed to do business in Louisiana but maintaining its principal place of business in Chicago, IL.

**2.**

The allegations of paragraph 2 are specifically denied, and defendant further demands strict proof thereof.

**3.**

The allegations of paragraph 3 are denied as stated.  Further answering, any correspondence is a written document and is the best evidence of its content.

**4.**

The allegations of paragraphs 4 and 5 are denied as stated.  Further answering, defendant avers that any correspondence is a written document and the best evidence of its content.

**5.**

The allegations of paragraph 6 are denied insofar as they assert legal conclusions. Further answering, the allegations of paragraph 6 are specifically denied, and defendant further demands strict proof thereof.

**6.**

The allegations of paragraph 7 are specifically denied, and defendant further demands strict proof thereof.

## FIFTH DEFENSE

Further answering, defendant affirmatively avers that at no time pertinent hereto did it employ Nick Graham, either directly or indirectly.

## SIXTH DEFENSE

Further answering, it is averred that any correspondence allegedly authored by Nick Graham and referenced in this suit is subject to a qualified privilege thereby rendering all claims of plaintiffs without merit.

## SEVENTH DEFENSE

Further answering, it is averred that any correspondence authored by Nick Graham and described in this suit was based upon the truth of the facts asserted therein which serves as an absolute bar to any claims of plaintiffs.

## EIGHTH DEFENSE

Further answering, it is averred that any alleged losses suffered by plaintiffs were due to their own fault or neglect, which serves as a complete bar to any recovery sought by plaintiffs.

## NINTH DEFENSE

Further answering, it is averred that any losses suffered by plaintiffs were due to their failure to mitigate their damages, which serves as a complete bar to or in mitigation of any relief sought by plaintiffs.

## TENTH DEFENSE

Alternatively, defendant avers that any losses suffered by plaintiffs were due to the fault of third parties for whom defendant has no responsibility.

## ELEVENTH DEFENSE

Further answering, defendant reserves the right to aver and allege any other affirmative defenses which may become known as discovery in this matter proceeds.

WHEREFORE, it is prayed that this Answer be deemed good and sufficient, subject to all defenses asserted herein by defendant, and that after all due proceedings are had, there be judgment herein in favor of defendant, dismissing the demand of plaintiffs with prejudice, and at their cost.

    Respectfully submitted,

    IRWIN FRITCHIE URQUHART & MOORE LLC

    */s/ Gus A. Fritchie*
    GUS. A FRITICHIE (#5751)
    McDONALD G. PROVOSTY (#29389)
    400 Poydras Street, Suite 2700
    New Orleans, Louisiana 70130
    Telephone: (504) 310-2100
    Facsimile: (504) 310-2101

    *Counsel for Defendant, Aon Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of July, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Stephen C. Aertker, Jr.
Bradford Hyde Felder
Thomas H. Huval

    */s/ Gus A. Fritchie*