:010, 835

**AON** BENFIELD

2010-12520 A
**FILED**

APR 1 5 2010

MALISE PRIETO - CLERK
_Siauia Wolfe_
DEPUTY

Fred Burkett
Towing and Recovery Professionals of Louisiana
P.O. Box 46478
Baton Rouge
LA 70895
USA

Wednesday 17th March, 2010

Dear Fred

I regret to advise you that Aon Benfield has made the decision that it can no longer do business with BAIG.

Therefore, we will not be undertaking any new accounts from BAIG and we will be seeking to run-off as quickly as possible existing accounts, or to facilitate new arrangements which will not require BAIG and Aon Benfield to work on the same accounts. We will seek to do so if possible without making payments to BAIG.

The reason for this decision is that Mr Peter Myrtle of BAIG informed Aon Benfield that he had removed client funds from BAIG's account. We have no audit report or other information to verify the statement made by Mr. Myrtle: our decision as to our future conduct in respect of BAIG is based only on the statement itself.

We will be in contact shortly to discuss the arrangements necessary to exit our involvement with BAIG.

Regards

_Nick Graham_

Nick Graham
Americas
Aon Benfield

Aon Limited trading as Aon Benfield | Aon Limited is a wholly owned subsidiary of Aon Corporation
t: +44 (0)20 7578 7000 | f: +44 (0)20 7578 7001 | Business Address: 55 Bishopsgate, London, EC2N 3BQ
w: aonbenfield.com | Registered Office: 8 Devonshire Square, London, EC2M 4PL | Registered in England & Wales No. 210725
VAT Registration No. 480 8401 48 | Aon Limited is authorised and regulated by the Financial Services Authority in respect of insurance mediation activities only

EXHIBIT
A


**AON** BENFIELD

Ronald Goux
President
Health Facilities of California Mutual Insurance Company, Inc
2045 Hwy 59
Mandeville
LA 70448
USA

2010-12520 A
**FILED**
APR 1 5 2010
MALISE PRIETO - CLERK
DEPUTY

Wednesday 17th March, 2010

Dear Ronnie

I regret to advise you that Aon Benfield has made the decision that it can no longer do business with BAIG.

Therefore, we will not be undertaking any new accounts from BAIG and we will be seeking to run-off as quickly as possible existing accounts, or to facilitate new arrangements which will not require BAIG and Aon Benfield to work on the same accounts. We will seek to do so if possible without making payments to BAIG.

The reason for this decision is that Mr Peter Myrtle of BAIG informed Aon Benfield that he had removed client funds from BAIG's account. We have no audit report or other information to verify the statement made by Mr. Myrtle: our decision as to our future conduct in respect of BAIG is based only on the statement itself.

We will be in contact shortly to discuss the arrangements necessary to exit our involvement with BAIG.

Regards

Nick Graham
Americas
Aon Benfield

Aon Limited trading as Aon Benfield | Aon Limited is a wholly owned subsidiary of Aon Corporation
t +44 (0)20 7578 7000 | f +44 (0)20 7578 7001 | Business Address: 55 Bishopsgate, London, EC2N 3BD
w: aonbenfield.com | Registered Office: 6 Devonshire Square, London, EC2M 4PL | Registered in England & Wales No. 210725
VAT Registration No. 480 8401 48 | Aon Limited is authorised and regulated by the Financial Services Authority in respect of insurance mediation activities only


BENFIELD

Tim Noland
President
Health Care Facilities
PO Box 3697
Ontario
CA 91761

2010-12520 A
FILED

APR 1 5 2010

MALISE PRIETO - CLERK
DEPUTY

Wednesday 17th March, 2010

Dear Tim

I regret to advise you that Aon Benfield has made the decision that it can no longer do business with BAIG.

Therefore, we will not be undertaking any new accounts from BAIG and we will be seeking to run-off as quickly as possible existing accounts, or to facilitate new arrangements which will not require BAIG and Aon Benfield to work on the same accounts. We will seek to do so if possible without making payments to BAIG.

The reason for this decision is that Mr Peter Myrtle of BAIG informed Aon Benfield that he had removed client funds from BAIG's account. We have no audit report or other information to verify the statement made by Mr. Myrtle: our decision as to our future conduct in respect of BAIG is based only on the statement itself.

We will be in contact shortly to discuss the arrangements necessary to exit our involvement with BAIG.

Regards

Nick Graham
Americas
Aon Benfield

Aon Limited trading as Aon Benfield | Aon Limited is a wholly owned subsidiary of Aon Corporation
t: +44 (0)20 7578 7000 | f: +44 (0)20 7578 7001 | Business Address: 55 Bishopsgate, London, EC2N 3BD
w: aonbenfield.com | Registered Office: 8 Devonshire Square, London, EC2M 4PL | Registered in England & Wales No. 210725
VAT Registration No. 480 8401 48 | Aon Limited is authorised and regulated by the Financial Services Authority in respect of insurance mediation activities only

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PETER MYRTLE and | * | CIVIL ACTION 2:10-CV-01677 |
| BRITISH-AMERICAN INSURANCE | * | |
| GROUP, LTD | * | |
| | * | JUDGE: IVAN L.R. LEMELLE |
| VERSUS | * | |
| | * | |
| NICK GRAHAM and AON | * | |
| CORPORATION | * | MAG.: JOSEPH WILKINSON, JR. |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT

**STATE OF ILLINOIS**

**COUNTY OF COOK**

      **BEFORE ME,** the undersigned authority, personally came and appeared:

### JENNIFER L. KRAFT

who upon being duly sworn, did depose and state:

    1.    I am Vice President and Secretary of Aon Corporation. I have held that position since July 20, 2007. In this capacity, I am aware of the corporate structure and corporate formalities of Aon Corporation and its subsidiaries.

    2.    Aon Corporation is incorporated under the laws of Delaware, with its



1

principal and sole place of business in Chicago, Illinois. Aon Corporation does not conduct any business in Louisiana. Aon Corporation has no office, bank account or employees in Louisiana, and Aon Corporation is not licensed to do business in Lousisiana.

       3.     Aon Corporation is the non-operating holding company for the capital stock of various subsidiaries. Aon Corporation manages its investments in its various subsidiaries, but does not otherwise operate or do business.

       4.     Aon Corporation is a non-operating parent of Aon UK Group Limited, a corporation registered in England and Wales, who is the parent of Aon UK Holdings Intermediaries Limited, a corporation also registered in England and Wales. Aon UK Holdings Intermediaries Limited is the parent of Aon Benfield Limited, a corporation registered in England and Wales, and is the parent of Aon Limited, a corporation FSA Regulated and registered in England and Wales. Aon Limited does business as or trades as Aon Benfield, a London based reinsurance broker. Consequently, Aon Limited, d/b/a Aon Benfield is a fourth-tier indirect subsidiary of Aon Corporation. Attached hereto as Exhibit A is a partial company chart that accurately shows the current indirect corporate relationship of Aon Corporation and Aon Limited, d/b/a Aon Benfield and the jurisdiction of incorporation of each corporate entity on the chart. Unless otherwise indicated, each subsidiary is 100% owned by its direct parent company identified on the chart.

       5.     Aon Corporation maintains its own corporate records, separate and distinct from its various direct and indirect subsidiaries, including Aon Limited, d/b/a Aon Benfield.

6.     Aon Corporation's direct and indirect subsidiaries, including Aon Limited, d/b/a Aon Benfield, are independently incorporated, and observe all corporate formalities necessary for their own respective separate corporate existence, including maintaining separate bylaws, holding separate regular corporate meetings and/or acting by unanimous written consent in lieu of corporate meetings, keeping separate corporate books, and generally following other corporate requirements separately.

7.     Aon Corporation has its own separate Board of Directors and corporate officers, and its membership is not identical to the boards of directors and corporate officers of its subsidiaries.

8.     Aon Corporation does not pay the bills, invoices, expenses or losses of Aon Limited, d/b/a Aon Benfield.

9.     Aon Corporation does not exercise control of day to day business operations of Aon Limited, d/b/a Aon Benfield or its employees.

10.    With respect to the employees of Aon Corporation's direct and indirect subsidiaries, including Aon Limited, d/b/a Aon Benfield, Aon Corporation does not: hire, fire or discipline; establish schedules or assignments; or control records (including payroll and taxes).

11.    No employee of Aon Limited, d/b/a Aon Benfield, including but not limited to Nick Graham, is employed by Aon Corporation.

12. I have personal knowledge of the above facts and would testify competently thereto if called upon.

_____
Jennifer L. Kraft

Sworn to before me this
7 day of July, 2010.

_____
Notary Public

Shari A. Bell
_____
Printed Name and Bar/Notary Number

My commission expires at: 7/30/2012

OFFICIAL SEAL
SHARI A BELL
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/30/12

4

2010-11605 "G"

| LNHA LIABILITY TRUST | NO._____ SECT._____ |
|---|---|
| VS. | 22nd JUDICIAL DISTRICT COURT |
| BRITISH-AMERICAN INSURANCE GROUP LTD, PETER A.T. MYRTLE, GABRIEL CASSAGNE AND NORTH AMERICAN CAPACITY INSURANCE COMPANY | PARISH OF ST. TAMMANY **FILED** STATE OF LOUISIANA MAR 0 9 2010 |

**PETITION FOR DAMAGES**

MALISE PRIETO- CLERK
Deputy _Maura A. Vanley_

The petition of LNHA Liability Trust, formerly known as Louisiana Nursing Home Association Malpractice and General Liability Trust, (referred to herein as the "Trust"), a Professional and General Liability Trust formed pursuant to Revised Statutes 22:5 and domiciled in the Parish of East Baton Rouge, State of Louisiana, respectfully represents that:

1.

The following parties are made defendants herein:

(1) BRITISH-AMERICAN INSURANCE GROUP, LTD.,(referred to herein as "BAIG") domiciled in the Parish of St. Tammany, State of Louisiana, with Peter A.T. Myrtle as its registered agent for service of process and

(2) PETER A.T. MYRTLE, a resident of and domiciled in the Parish of St. Tammany, in Covington, Louisiana.

(3) GABRIEL CASSAGNE, 503 S. Commerce Street, Natchez, MS 39120, who may be served through the Louisiana Long Arm Statute.

(4) NORTH AMERICAN CAPACITY INSURANCE COMPANY, also known as COLEMONT INSURANCE BROKERS, domiciled in the Parish of East Baton Rouge, State of Louisiana, with the Secretary of State as its Agent for Service of Process.

2.

The above defendants are liable to the plaintiff herein jointly, severally, and *in solido* in the full and true sum of $1,086,647.90 plus judicial interest and any additional sums or damages allowed by law, for the following particulars:

3.

BAIG is the broker for certain London reinsurance companies and brokers, who reinsure by contract the Trust coverages.

4.

BAIG was the representative of various London market interests and received payments of deposit premiums, adjusted premiums and final premiums from the Trust over several years.

5.

For the coverage year 2006-2007, the plaintiff paid to BAIG for transmittal to its London market reinsurers several million dollars in deposit premiums and further paid adjusted premiums of $536,989.30 for reinsurance coverage for the 2006-2007 coverage period (10-1-2006 to 10-1-2007)

6.

Plaintiff also paid to BAIG for transmittal to its London market reinsurers several million dollars in deposit premiums for reinsurance coverage for the 2007-2008 coverage period (10-1-2007 to 10-1-2008) and then paid an additional adjustment premium during the year of $549,658.60.

EXHIBIT C

7.

In accordance with the terms and conditions of the reinsurance coverage agreement, the plaintiff had the option or right to commute or accept all losses and receive a refund of the difference between the deposit premium and the minimum premium as defined in the reinsurance contract for each of the years referred to in paragraphs 5 and 6 above.

8.

The Trust requested from the reinsurers that the 2006-2007 coverage period as well as the 2007-2008 coverage period be commuted in order that it could receive a refund of the difference between the deposit premium and the minimum premium, but has been given reason to believe it could not receive $1,086.647.90 due and owing to it under the reinsurance contracts because BAIG and/or one or more of its employees negligently or otherwise mishandled the funds.

9.

Plaintiff specifically alleges that it had requested from the reinsurers a return of the difference between the deposit premium and the minimum premium pursuant to the contract, and the reinsurers agreed to return the difference due and owing under the terms of the reinsurance contracts. Reinsurers and/or other parties have represented to the Trust that they have not received the adjusted deposit premium of $536, 989.30 for the 2006-2007 coverage period and $549,658.60 for the 2007-2008 coverage period which was paid to BAIG on behalf of the Trust.

10.

The plaintiff alleges on information and belief after inquiry with third parties that Peter A.T. Myrtle either negligently lost the funds or mishandled them and failed to properly account for the funds, and/or that BAIG and/or its President, Gabriel Cassagne, negligently, carelessly and without proper supervision, failed to supervise the actions or inactions of its employee, Peter A.T. Myrtle, who either negligently lost the funds or mishandled and failed to properly account for the funds, which third parties allege are not available for reimbursement or refund to the plaintiff.

11.

Plaintiff specifically alleges that the defendants are negligent in that they failed to properly manage funds, failed to supervise its employees, accountants, money managers, and others and failed to properly account for the funds that are owed to the LNHA Liability Trust in the amount of $1,086, 647.90.

12.

It is specifically alleged that the defendant, North American Capacity Insurance Company, also known as Colemont Insurance Brokers, insured British-American Insurance Group, LTD., Gabriel Cassagne, and Peter A.T. Myrtle from any and all insurance, agents, brokers, errors and omissions liability and therefore is responsible for the plaintiffs losses because its insureds, BAIG and/or Gabriel Cassagne, and Peter A.T. Myrtle failed to properly manage, supervise, handle, and negligently lost the funds in question and are therefore jointly liable with the remaining defendants.

WHEREFORE, after due proceedings had plaintiff demands there be judgment herein in favor of LNHA Liability Trust and against British-American Insurance Group, LTD., Gabriel Cassagne, Peter A.T. Myrtle, and North American Capacity Insurance Company also known as Colemont Insurance Brokers, jointly, severally, and *in solido* of the full and true sum of $1,086,647.90 plus interest from date of judicial remand until paid, for any additional sums or damages allowed by law, and for all cost of these proceedings.

Respectfully submitted,

WATSON, BLANCHE, WILSON & POSNER, LLC
505 North Boulevard (70802)
Post Office Drawer 2995
Baton Rouge, Louisiana 70821-2995
(225) 387-5511 Facsimile: (225) 387-5972

By: _____

William E. Scott, III (LA Bar Roll No. 11886)
Peter T. Dazzio (LA Bar Roll No. 4757)
*Attorneys for Plaintiff LNHA Liability Trust*

**PLEASE SERVE DEFENDANTS:**
British-American Insurance Group, LTD
through its agent for Service of Process:
Peter A.T. Myrtle
115 Golfers Drive
Covington, Louisiana 70433

Peter A.T. Myrtle
115 Golfers Drive
Covington, Louisiana 70433

Gabriel Cassagne
through Louisiana Long Arm Statute, 22:651
at 503 S. Commerce Street
Natchez, MS 39120

North American Capacity Insurance Company
also known as Colemont Insurance Company
through its agent for Service of Process:
LA Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

